THOMPSON NORRIS COMPANY *v.* GRIMME ET AL.

[No. 12,932. Filed June 30, 1927.]

From Industrial Board of Indiana.

Action between the Thompson Norris Company and Gertrude Grimme and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Joseph W. Hutchinson,* for appellant.
*Albert J. Peine* and *Wiles, Springer & Roots,* for appellees. ·

REMY, J.—Affirmed, on authority of *Buckley* v. *Inland Steel Co.* (1921), 75 Ind. App. 84, 129 N. E. 860.

---

RUCHALA *v.* KRACY.

[No. 12,927. Filed July 1, 1927.]

From Vigo Superior Court; *William T. Gleason,* Judge.

Action between Frank Ruchala and Paul Kracy. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Donald Baker,* for appellant.
*Hugh L. Barr,* for appellee.

PER CURIAM.—Judgment affirmed.

---

LANG *v.* DAVIS ET AL.

[No. 12,754. Filed July 1, 1927.]

From Lake Circuit Court; *E. Miles Norton,* Judge.

Action between Max A. Lang and Robert M. Davis and another. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Frederick C. Crumpacker, Edwin H. Fredrick* and *James L. Sullivan,* for appellant.
*Robert M. Davis, John M. Fox* and *John N. Stanton,* for appellees.

PER CURIAM.—Affirmed.